# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **OPTIMAL INTERIORS, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | No. 09-cv-1906 |
| v. | ) | |
| | ) | |
| **THE HON COMPANY,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**AND NOW**, this 13TH day of November 2009, upon consideration of Defendant's Motion to Transfer Venue [docket entry No. 5], Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Transfer Venue [docket entry No. 13], and Defendant's Reply Memorandum In Support of Its Motion to Transfer Venue [docket entry No. 16], and for the reasons set forth in the attached Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**.

The Clerk of Court is **ORDERED** to mark this case **CLOSED** and further **ORDERED** to **TRANSFER** this case to the United States District Court for the Southern District of Iowa.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

**CYNTHIA M. RUFE, J.**